IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

RODERICK JACKSON, )
 )
    Petitioner, )
 )
v. ) CASE NO. CV416-332
 )
GREGORY MCLAUGHLIN, )
 )
    Respondent. )
 )

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 8), to which an objection has been filed (Doc. 9). In the Report and Recommendation, the Magistrate Judge recommends dismissing Petitioner's 28 U.S.C. § 2254 petition because Petitioner's appeal is time-barred. (Doc. 8 at 5.) Although unclear, Petitioner appears to argue that he is entitled to equitable tolling because his mental health issues precluded him from complying with 28 U.S.C. § 2244(d)(1)'s one-year time limit for filing a habeas petition. (Doc. 9.) However, "[a] habeas petitioner must allege more than 'the mere existence of physical or mental ailments' to invoke the equitable tolling of the limitation period." Walker v. Culliver, 2008 WL 5044559, at *3 (M.D. Ala. 2008) (quoting Rhodes v. Senkowski, 82 F. Supp. 2d 160, 173 (S.D.N.Y. 2000)). Petitioner in this case has merely alleged that he suffers from mental health problems. This

is insufficient and Petitioner is not entitled to equitable tolling. Accordingly, the Court adopts the Report and Recommendation and Petitioner's 28 U.S.C. § 2254 petition is **DISMISSED WITH PREJUDICE**.[1] Petitioner is also not entitled to a Certificate of Appealability, rendering moot any request for in forma pauperis status on appeal. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 8th day of May 2017.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] Petitioner's Motion to Order Immediate and Prompt Submission of Requested Evidence (Doc. 10) is likewise **DISMISSED AS MOOT**.

2