AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

Roderick Jackson

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV416-332

Gregory McLaughlin

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's Order dated May 8, 2017, adopting the Report and Recommendation of the Magistrate Judge as the opinion of this Court; denying Jackson's 2254 petition. This action stands closed.

May 8, 2017
Date

Scott L. Poff
Clerk

(By) Deputy Clerk

GAS Rev 10/1/03